UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 25-125 (RJL) |
| | ) |
| ANTOINE GATLING, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**
September 2ⁿᵈ, 2025 [Dkt. #25]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's [Dkt. #12] Motion to Suppress Physical Evidence is hereby **DENIED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

1